No. 86–834. NEW JERSEY DISTRICT COURT ASSN., INC., ET AL. *v.* SUPREME COURT OF NEW JERSEY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 86–835. THOMPSON MEDICAL CO., INC. *v.* FEDERAL TRADE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 86–847. PRUDENTIAL INSURANCE COMPANY OF AMERICA *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–848. HAYES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–854. MEACHAM ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–864. AKERS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 86–867. SESSION ET UX. *v.* I. T. O. CORPORATION OF AMERIPORT. C. A. 3d Cir. Certiorari denied.

No. 86–873. MAZZA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 86–874. PITTMAN *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 86–881. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. *v.* KRAFTCO, INC., DBA SEALTEST FOODS DIVISION. C. A. 6th Cir. Certiorari denied.

No. 86–883. NESCCO, INC., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–886. AUGUSTUS ET AL. *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.